AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Kennedy, Anthony M | 2. Court or Organization<br><br>U.S. Supreme Court | 3. Date of Report<br><br>05/08/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Associate Justice | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>One First Street, N.E.<br>Washington, D.C. 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | Pacific McGeorge School of Law |
| 2. Member, Board of Trustees | Colonial Williamsburg Foundation |
| 3. Member | United Nations Commission on the Legal Empowerment of the Poor |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL
DISCLOSURE OFFICE

2008 MAY 14 P 4: 05.

RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Anthony M | 05/08/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Pacific McGeorge School of Law (Teaching) | $ 25,200.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1 2007 | California State Teachers Retirement System |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | See Exhibit A | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

Exhibit A

2007 Part IV Reimbursement

| | |
|---|---|
| United Nations (Commission for the Legal Empowerment of the Poor) | Jan 10-11: Lodging, food, and transportation from Washington, DC to New York and return |
| Annenberg Foundation Meeting on High School civics teaching project. | Feb 1-3: Lodging, food, and transportation to Palm Springs, California |
| Colonial Williamsburg Foundation (Board meetings) | Feb 20-21: Lodging and food in Williamsburg, Virginia |
| Pacific McGeorge (teaching) | July 8-31: Lodging, food, and transportation from Washington, DC to Salzburg, Austria and return (prorated with U.S. Department of State. |
| U. S. Department of State | July 11-15: In Paris for meeting with jurists of France and European Jurists. Addressed meeting and Jurists of the European Union (prorated with Pacific McGeorge) |
| American Bar Association Attend ABA convention; speeches, and section meetings | Aug 9-15: Lodging, food, and transportation from Washington, DC to San Francisco and return |
| Department of State Speeches and meetings with bar and civic leaders in Paris and Athens; teaching in Athens; Meetings in Vienna for Austrian-American Judicial Exchange | Sept 5-8: Paris Sept 8-10: Athens Sept 16-18: Vienna. Lodging, food, and transportation provided in part by Dwight Management Company (prorated between State Department and self). |

| | |
|---|---|
| Economic Club of NY (speech) | Sept 26: Lodging, food, and transportation from Washington, DC to New York, to New Haven, to Washington, DC (prorated between Economic Club of NY and Yale University). |
| Yale University (Global Constitutionalism Seminar) | Sept 27-29: Lodging, food, and transportation from Washington, DC to New Haven and return (prorated between Yale Univ. and Economic Club of NY). |
| Colonial Williamsburg Foundation (Board meeting) | Nov 15-18: Lodging and food in Williamsburg, Virginia |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Honorary Membership | Del Paso Country Club | $ 2,400.00 |
| 2. | Honorary Membership | University Club | $ 1,550.00 |
| 3. | Honorary Membership | Washington Golf and Country Club | $ 4,000.00 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Anthony M | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cash in Bank of the West | A | Interest | | | Closed | | | | |
| 2. Cash in Wells Fargo | A | Interest | | | Closed | | | | |
| 3. Cash in PNC Bank | D | Interest | L | T | | | | | |
| 4. New England Life Ins. Co. (whole life policy) | A | Dividend | K | T | | | | | |
| 5. GE Life & Annuity (universal life policy) | A | Dividend | L | T | | | | | |
| 6. Metropolitan Life Ins. (whole life policy) | A | Dividend | J | T | | | | | |
| 7. Trust 1 (X) | | | | | | | | | |
| 8. - Merrill Lynch: Cash Account | A | Interest | | | Closed | | | | |
| 9. - Merrill Lynch fixed income: Aetna, Inc | A | Interest | | | Sold | May 8 | J | | |
| 10. - Merrill Lynch fixed income: Merrill Lynch Debentures | A | Interest | | | Sold | May 8 | J | | |
| 11. - Merrill Lynch Equities: PG&E | A | Dividend | | | Sold | May 7 | J | | |
| 12. - Merrill Lynch Equities: Walmart Stores | A | Dividend | | | Sold | May 7 | J | | |
| 13. - Cash in Wells Fargo Bank | D | Interest | N | T | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PNC Bank account opened in 2006 and inadvertently left off previous financial disclosure.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544